**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DAVID WATERS**                                                                                            **PLAINTIFF**

**VS.**                                           **4:15-CV-00402-BRW-JWC**

**MONTE MUNYAN,** *et al.*                                                               **DEFENDANTS**

<u>**ORDER**</u>

      I have reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge Jerry Cavaneau (Doc. No. 4).  No objections have been filed and

the time for doing so has passed.[1]  After careful consideration, I approve and adopt as my

findings in all respects the Proposed Findings and Recommended Disposition in its entirety.

      Accordingly, Plaintiff's claims against the Faulkner County Detention Center are

DISMISSED without prejudice for failure to state a claim upon which relief may be granted.[2]

      I certify that an in forma pauperis appeal from this Order would not be taken in good

faith.[3]

      IT IS SO ORDERED this 4th day of August, 2015.

/s/ Billy Roy Wilson      
UNITED STATES DISTRICT JUDGE

---

[1] A response was due July 30, 2015.

[2] See *Owens v. Scott County Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003) ("county jails are not legal entities amenable to suit").

[3] 28 U.S.C. § 1915(a)(3).