IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID WAYMON WATERS**                                                               **PLAINTIFF**

V.                           NO: 4:15CV00402 BRW

**MONTE MUNYAN,** *et al*                                             **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed.

Since Plaintiff has provided the Court with his mailing address, the Recommended Disposition is DENIED. Plaintiff is reminded that he is responsible for forthwith advising the Court if his address changes.

IT IS SO ORDERED this 28th day of September, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE