IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID WAYMON WATERS**                                          **PLAINTIFF**

**V.**                     **4:15CV00402 BRW/PSH**

**MONTE MUNYAN** *et al*                                         **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Plaintiff's claims against defendant Doe are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 23rd day of March, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE