IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**DAVID WAYMON WATERS**
**ADC #080152**                                                                                           **PLAINTIFF**

VS.                                          4:15CV00402-BRW

**MONTE MUNYAN,** *et al*                                                                 **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 36). No objections have been filed and the time for doing so has passed.[1] After careful consideration, I adopt as my findings in all respects the Proposed Findings and Recommended Disposition in its entirety. Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 32) is GRANTED, and Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice with respect to his claims against defendant Doe, and DISMISSED with prejudice in all other respects.

I certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 21st day of March, 2017.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Objections were due Tuesday, March 21, 2017.