IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**DAVID WAYMON WATERS**
**ADC #080152**                                                                                                  **PLAINTIFF**

**VS.**                                               **4:15CV00402-BRW**

**MONTE MUNYAN,** *et al*                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice with respect to his claims against defendant Doe, and DISMISSED with prejudice in all other respects.

I certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 21st day of March, 2017.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE